FILED  
United States Court of Appeals  
Tenth Circuit

April 15, 2024

Christopher M. Wolpert  
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| LORI L. VOGT, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> MCINTOSH COUNTY, OKLAHOMA, BOARD OF COUNTY COMMISSIONERS, <br><br> Defendant, <br><br> and <br><br> LISA RODEBUSH, McIntosh County Court Clerk, in her individual capacity, <br><br> Defendant - Appellant. | No. 22-7061 <br> (D.C. No. 6:21-CV-00104-JWB) <br> (E.D. Okla.) |

_____

**JUDGMENT**

_____

Before **MATHESON**, **EBEL**, and **CARSON**, Circuit Judges.
_____

This case originated in the United States District Court for the Eastern District of Oklahoma and was argued by counsel.

The judgment of that court is affirmed.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk